# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GABRIEL PITTMAN,** | CIVIL ACTION NO. 3:17-CV-00443 |
| **Plaintiff** | (Chief Judge Conner) |
| v. | |
| **C.O. JEFFREY BANKS,** <br> **CO. CHARLES BRENNAN,** <br> **CO BRADLEY HERRON,** <br> **CO WILLIAM SWIRE,** <br> **CO PAUL PETERS, and** <br> **CO SHAWN PETERS,** | |
| **Defendants** | |

## ORDER

AND NOW, this 31st day of March, 2020, upon consideration of Defendants' Motions for Summary Judgment, ECF No. 33, and to Strike, ECF No. 41, and Plaintiff's Cross-Motion for Summary Judgment, ECF No. 37, and the parties' respective briefs in support of and in opposition to those motions, it is hereby ORDERED that:

1. Defendants' Motion to Strike is GRANTED IN PART;

2. The Clerk of Court is directed to STRIKE Plaintiff's Cross-Motion for Summary Judgment, ECF No. 37, and Cross-Statement of Material Facts, ECF No. 39, as untimely;

3. Defendants' Motion for Summary Judgment is GRANTED;

4. The Clerk of Court is directed to ENTER JUDGMENT in favor of Defendants and as against Plaintiff; and

5. The Clerk of Court is directed to CLOSE this civil action.

          <u>/S/ CHRISTOPHER C. CONNER</u>
          Christopher C. Conner, Chief Judge
          United States District Court
          Middle District of Pennsylvania