# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GABRIEL PITTMAN,** | : | CIVIL ACTION NO. 3:17-CV-443 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **C.O. JEFFREY BANKS,** | : | |
| **CO. CHARLES BRENNAN,** | : | |
| **CO BRADLEY HERRON,** | : | |
| **CO WILLIAM SWIRE,** | : | |
| **CO PAUL PETERS, and** | : | |
| **CO SHAWN PETERS,** | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 8th day of June, 2021, upon consideration of the motion for relief from judgment (Doc. 52), and in accordance with the memorandum of the same date, it is hereby ORDERED that:

1. Plaintiff's motion for relief from judgment (Doc. 52) is DENIED.
2. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania
